Jean Claude Compas, M.D., as Assignee of Wright, Eulana, Appellant, 
against
Travelers Insurance Company, Respondent.




The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Law Office of Aloy O. Ibuzor (William T. Angstreich of counsel), for respondent.
 

Appeal from an order of the Civil Court of the City of New York, Queens County (Joseph Esposito, J.), entered July 14, 2015. The order, insofar as appealed from as limited by the brief, granted the branches of defendant's motion seeking summary judgment dismissing the second, fourth and fifth causes of action.




ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals, as limited by the brief, from so much of an order of the Civil Court as granted the branches of defendant's motion seeking summary judgment dismissing the second, fourth and fifth causes of action on the ground that plaintiff had failed to appear for duly scheduled examinations under oath (EUOs). 
Contrary to plaintiff's contention, the affirmation submitted by defendant's attorney, who had been present in his office to conduct plaintiff's EUO on the scheduled dates, was sufficient to establish that plaintiff had failed to appear for the EUOs (see Stephen Fogel Psychological, P.C. v Progressive Cas. Ins. Co., 35 AD3d 720 [2006]). In addition, the affidavits submitted by defendant established that the denial of claim forms had been timely mailed (see St. Vincent's Hosp. of Richmond v Government Empls. Ins. Co., 50 AD3d 1123 [2008]).
Accordingly, the order, insofar as appealed from, is affirmed.
PESCE, P.J., ALIOTTA and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 01, 2018